# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN BROCKWAY, Individually, and BRIAN BROCKWAY, Derivatively, on Behalf of ADVANCED MODULAR CONCEPTS, LLC and MAXIMUM ADVANTAGE BUILDING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY MCCREARY, AMC BUILDERS, LLC, AMC ROOFING LLC, ADVANCED MODULAR CONCEPTS, LLC d/b/a AMC CONSTRUCTION SERVICES and SHAWN MCCREARY, <br><br> Defendants. | No. 4:18-CV-01258 <br><br> (Judge Brann) |

## ORDER

### NOVEMBER 6, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, ECF No. 6, is **DENIED**.

Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants **SHALL ANSWER** Plaintiff's Complaint within fourteen (14) days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge